MICHELIN TIRE COMPANY, Respondent, *v.* SAMUEL B. ROBBINS, Appellant, Impleaded with Others.

*Contract — novation.*

Appeal by the defendant from a judgment, entered in the Chautauqua county clerk's office May 11, 1915, in favor of the plaintiff upon the report of a referee.

PER CURIAM: We are of opinion that the correspondence between plaintiff and the new proprietors of the business of the Chadakoin Garage Company between March 15 and March 29, 1911, shows that plaintiff was aware of the transfer of the business by appellant Robbins and his partner to the new proprietors, and that plaintiff accepted the new proprietors as the persons with whom it would fulfill the contract in place of said Robbins, and that there was an intention on the part of plaintiff and of the proprietors to release said Robbins from further performance of the contract and to accept the new proprietors in his place as parties to the contract, and that thus there was a novation. (See *Lane & Co.* v. *United Oil Cloth Co.*, 103 App. Div. 378.) We also think it should be held that if there was not a technical novation, then that the contract which plaintiff performed and under which the indebtedness for which this suit was brought was incurred, is one made by the new proprietors of the business by virtue of said correspondence and not the original contract made between plaintiff and defendant Robbins and his copartner. The 5th, 20th and 23d findings of fact of the referee's report are disapproved. All concurred. Judgment as against the defendant Robbins reversed, with costs, and the complaint as to said Robbins dismissed, with costs.

———

John H. Millard and Another, Respondents, v. Baron Steuben Co-operative Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, and Merrell, JJ., who dissented upon the ground that the defendant was not in any way informed that the papers it received had been furnished by plaintiffs as proofs of loss.

Fedora Schintzuis, as Administratrix, etc., Plaintiff, v. Lackawanna Steel Company, Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a case for the jury. All concurred.

Finance Oil Company and Another, Respondents, v. John Snyder, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

Mabel L. Griffin, as Administratrix, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce

the verdict to the sum of $12,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence upon the question of damages. All concurred.